**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY a/s/o Jonathan O. Ponce d/b/a Bench Personal Training Gym<br>One Bala Plaza East, Suite 100<br>Bala Cynwyd, PA 19004 | CIVIL ACTION NO.: 17-552 |
| **Plaintiff** | COMPLAINT |
| **vs.** | JURY DEMANDED |
| LEXISNEXIS SPECIAL SERVICES INC.<br>a/k/a LNSSI<br>1150 18th St. NW, Suite 250<br>Washington DC, 20036 | |
| **Defendant** | |

Plaintiff, by its attorneys, WES Litigation Group LLC, respectfully submits its Complaint against the Defendant and alleges as follows:

## NATURE OF THIS ACTION

1. This is a property damage subrogation action brought by Philadelphia Indemnity Insurance Company a/s/o Jonathan O. Ponce d/b/a Bench Personal Training Gym (hereinafter "Plaintiff").

2. Philadelphia Indemnity Insurance Company paid its insured, Jonathan O. Ponce d/b/a Bench Personal Training Gym, an amount equal to or in excess of one hundred seventeen thousand, one hundred one dollars and eighty-eight cents ($117,101.88) in connection with a loss sustained by its insured on or about February 16, 2015, due to water damage from a flood occurring at the insured's business located at

1150 18th Street, NW, Suite 103, Washington DC, 20036 (hereinafter "subject premises").

## PARTIES

3. Plaintiff, Philadelphia Indemnity Insurance Company, is a corporation organized and existing under the laws of Pennsylvania and is authorized to issue policies of insurance in the District of Columbia, with its principal place of business located at One Bala Plaza East, Bala Cynwyd, PA 19004.

4. At all times relevant hereto, Philadelphia Indemnity Insurance Company insured Jonathan O. Ponce d/b/a Bench Personal Training Gym against damage to personal/business property and business income loss for its premises located at 1150 18th Street, NW, Suite 103, Washington DC, 20036 ("subject premises").

5. Defendant LexisNexis Special Services Incorporated (hereinafter "LNSSI") is a corporation formed and existing under the laws of the District of Columbia, specializing in data, technology and analytics for governmental agencies with a principal place of business located at 1150 18th Street, NW, Suite 250, Washington, DC 20036.

6. LNSSI is a subsidiary of LexisNexis Risk Solutions, a corporation formed under the laws of the State of Ohio, with a principal place of business located at 230 Park Avenue 7th Floor, Suite 7, New York, NY 10169.

## JURISDICTION AND VENUE

7. Venue is proper in the United States District Court for the District of Columbia, because all parties have diversity of citizenship and the matter as alleged

herein is in excess of $75,000.00 pursuant to 28 U.S.C. §1332. Furthermore, the property where the flooding and water damage occurred is located in the District of Columbia.

## STATEMENT OF FACTS

8. Plaintiff incorporates all of the facts and allegations contained in paragraphs 1 through 7 as though the same were set forth more fully herein.

9. At all times relevant hereto, Jonathan O. Ponce d/b/a Bench Personal Training Gym owned the subject premises.

10. At all times relevant hereto, Defendant LNSSI owned the premises immediately above the subject premises.

11. At all times relevant hereto, Defendant LNSSI was the only occupant of the premises immediately above the subject premises.

12. At all times relevant hereto, Defendant LNSSI had a duty to maintain their premises in a reasonable and prudent way.

13. On February 16, 2015, flooding occurred at the subject premises that caused extensive water damage to the premises and personal property of Jonathan O. Ponce d/b/a Bench Personal Training.

14. An investigation conducted at the subject premises revealed the flooding was caused by two sprinkler pipes, located in the ceiling of the subject premises, freezing, thawing and ultimately bursting.

15. This investigation also revealed the cause of this freezing, subsequent thawing and bursting was due to a patio door in the Defendants premises being left open, which allowed cold air to enter the property.

16. As a direct and proximate result of the flooding, Plaintiff's insured

suffered damages to its business property and business income losses for which Plaintiff indemnified them through a payment of an amount equal to or in excess of one hundred seventeen thousand, one hundred one dollars and eighty-eight cents ($117,101.88).

17. By operation of law and the terms of Jonathan O. Ponce d/b/a Bench Personal Training Gyms insurance policy, Plaintiff Philadelphia Indemnity Insurance Company is subrogated to Jonathan O. Ponce d/b/a Bench Personal Training Gyms right of recovery against any and all responsible parties to the extent Plaintiff made a payment to the same.

**FIRST CAUSE OF ACTION**

**PLAINTIFF v. DEFENDANT LNSSI**

**NEGLIGENCE**

18. Plaintiff incorporates all of the facts and allegations contained in paragraphs 1 through 17 as though the same were set forth more fully herein.

19. The flooding that occurred on or about February 16, 2015 and the resulting damage and losses sustained were proximately caused by the negligence and carelessness of Defendant LNSSI, by their acts and omissions and/or the acts and omissions of their agents, employees or assigns, which created an unsafe and dangerous condition at the subject premises, including but not limited to the following:

a. Failing to exercise reasonable care in maintaining the climate and securing entryways in the premises immediately above the subject premises;

b. Failing to retain competent and skilled employees, agents, servants and/or workmen to use ordinary care in maintaining the premises immediately above the subject premises;

c. Failure to instate a policy pertaining to maintenance and security of the premises by employees, agents, servants and/or workmen.

d. Carelessly and negligently failing to secure entryways and windows in the property, leaving the property

e. Failing to properly control and/or supervise the work performed by his agents, employees, servants and/or workmen in the maintenance and supervision of the premises immediately above the subject premises;

f. Otherwise failing to use due care under the circumstances in ways that may be further revealed during the course of discovery.

20. As a direct and proximate result of the flooding, plaintiff's insured suffered damages to its business property and business income losses for which Plaintiff indemnified them through a payment of an amount equal to or in excess of one hundred seventeen thousand, one hundred one dollars and eighty-eight cents ($117,101.88).

21. By operation of law and the terms of Jonathan O. Ponce d/b/a Bench Personal Training Gym's insurance policy, Plaintiff Philadelphia Indemnity Insurance Company is subrogated to Jonathan O. Ponce d/b/a Bench Personal Training Gym's right of recovery against any and all responsible parties to the extent Plaintiff made a payment to the same .

**WHEREFORE,** Plaintiff hereby demands judgment in its favor and against defendant for an amount equal to or in excess of one hundred seventeen thousand, one hundred one dollars and eighty-eight cents ($117,101.88).

/s/

**GUILLERMO (WILLIAM) E. SYLIANTENG, ESQUIRE**
**Attorney for Plaintiff**

**WES LITIGATION GROUP LLC**
**196 W. Ashland St.**
**Doylestown PA 18901)**
**(267) 884-0725**
**wes@weslitigation.com**